IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES CARMICHAEL**                                                                          **PLAINTIFF**

v.                               Case No. 3:25-cv-00116-LPR

**DOES**                                                                                   **DEFENDANTS**

### ORDER

Plaintiff James Carmichael filed this action *pro se* without paying the $405.00 filing fee or filing a completed Application to Proceed Without Prepayment of Fees and Affidavit.[1] To proceed with this action, Mr. Carmichael must, within 45 days from the entry of this Order, either pay the statutory filing fee or complete an Application to Proceed Without Prepayment of Fees and Affidavit. If he does not do one or the other within 45 days, his case will be dismissed without prejudice.[2]

Additionally, a cursory review of Mr. Carmichael's complaint reveals that it is scantily pled and confusing. Mr. Carmichael does not state who he is suing or what relief he is seeking. Although he states that his civil rights have been violated, he does not allege any facts that could support a plausible claim for relief. If he wants to proceed beyond the screening stage, Mr. Carmichael must file an amended complaint (within 45 days from the entry of this Order) explaining in plain language who he is suing and why, as well as the specific relief he is requesting. The Court needs the Amended Complaint to set out in a more orderly fashion the who, what, when,

---

[1] *See* Compl. (Doc. 1). Although Mr. Carmichael has since filed a Notice of Calculation Sheet and Certificate, the Court cannot grant him *in forma pauperis* status without the completed Affidavit. *See* 28 U.S.C. § 1915(a)(1).

[2] *See* Local Rule 5.5(c)(2).

why, and how of Mr. Carmichael's troubles. Failure to do so will result in the dismissal of this lawsuit.

The Court directs the Clerk to send Mr. Carmichael a prisoner Application to Proceed Without Prepayment of Fees and Affidavit, a blank § 1983 complaint, and a copy of this Order.

IT IS SO ORDERED this 29th day of August 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE