IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES CARMICHAEL**                                                                                    **PLAINTIFF**

v.                                    Case No. 3:25-cv-00116-LPR

**DOES**                                                                                                      **DEFENDANTS**

## ORDER

Plaintiff James Carmichael filed this action *pro se* without paying the $405.00 filing fee or submitting a completed Application to Proceed Without Prepayment of Fees and Affidavit.[1] On August 29, 2025, the Court entered an Order directing Plaintiff to, within 45 days, either pay the filing fee or file a complete application to proceed *in forma pauperis*.[2] The Court warned Plaintiff that failure to comply with the Order would result in the dismissal of Plaintiff's Complaint without prejudice.[3] Plaintiff has not complied with, or otherwise responded to, the Court's August 29th Order, and the time for doing so has expired.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 20th day of November 2025.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* Compl. (Doc. 1).

[2] Order (Doc. 12).

[3] *Id*.